# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 1:99CR00075-005 |
| MICHAEL JAMES PATTERSON ) | USM No: 15337-058 |
| Date of Previous Judgment: 9/27/2000 ) | Erin K. Taylor |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 34          Amended Offense Level: 34
Criminal History Category: VI       Criminal History Category: VI
Previous Guideline Range: 262 to 327 months    Amended Guideline Range: 262 to 327 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No change in the guideline calculations due to the defendant's classification as a Career Offender.

**III. ADDITIONAL COMMENTS**
The defendant is also serving a 120-month concurrent sentence in docket number 4:99CR00043.

Except as provided above, all provisions of the judgment dated 9/27/2000 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 18, 2009

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge