# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:99-cr-00075-MR-5

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>MICHAEL JAMES PATTERSON, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on remand from the Fourth Circuit Court of Appeals for resentencing. United States v. Patterson, No. 18-4402 (4th Cir. April 24, 2020).

**IT IS, THEREFORE, ORDERED** as follows:

(1) The United States Marshal shall have, if possible, the Defendant present in the Western District of North Carolina before June 11, 2020, the date on which the resentencing is tentatively scheduled; and

(2) The Clerk is directed to provide notification and/or copies of this Order to the United States Attorney, counsel for the Defendant, the United States Marshals Service, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: May 20, 2020

Martin Reidinger
United States District Judge